**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA FLOOR COVERING PENSION TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BLUE MORPHO ENTERPRISES, INC., <br><br> Defendant. | Case No. CV 15-1034 FMO (RZx) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Re: Plaintiffs' Motion for Default Judgment, IT IS ADJUDGED that:

1. Judgment is hereby entered in favor of plaintiffs Board of Trustees of the Southern California Floor Covering Pension Trust Fund, Board of Trustees of the Southern California Floor Covering Health and Welfare Trust Fund, Board of Trustees of the Southern California Floor Covering Apprenticeship and Training Trust Fund, Board of Trustees of the Southern California Floor Covering Vacation and Holiday Trust Fund, Board of Trustees of the Southern California Floor Covering Contract Administration Trust Fund, and Board of Trustees of the Painters and Allied Trades Labor Management Cooperation Fund (collectively, "plaintiffs") and against defendant Blue Morpho Enterprises, Inc. ("defendant").

2. Defendant shall pay plaintiffs the total amount of $42,842.07. The total amount is allocated as follows:

    A. $26,583.77 for unpaid contributions;

    B. $4,292.48 in interest;

    C. $5,316.75 in liquidated damages;

    D. $2,963.61 in attorney's fees;

    E. $459.53 in costs;

    F. $1,819.68 in working dues; and

    G. $1,406.25 in audit fees.

Dated this 19th day of May, 2015.

                                             /s/
                                    Fernando M. Olguin
                                United States District Judge